CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 27 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **RICKY L. HAMLETT,** | ) | **CASE NO. 7:11CV00322** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **FINAL ORDER** |
| **v.** | ) | |
| | ) | |
| **HAROLD W. CLARKE,** | ) | By: **Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Respondent.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the motion to dismiss (ECF No. 7) is **GRANTED**; the petition for a writ of habeas corpus,

pursuant to 28 U.S.C. § 2254, is **DISMISSED**, and this action is stricken from the active docket

of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a

constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is

**DENIED**.

**ENTER**: This 27th day of July, 2012.

_____
Chief United States District Judge